IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **KEVIN HARVEY,** | |
| **Plaintiff,** | |
| v. | Case No. 1:19-cv-04024-SEB-DLP |
| **IKEA US RETAIL LLC,** | |
| **Defendant.** | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kevin Harvey and Defendant IKEA US RETAIL, LLC, all parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

/s/ Christopher S. Wolcott (with permission)
Christopher S. Wolcott
Wolcott Law Firm LLC
450 E. 96th Street
Suite 500
Indianapolis, Indiana 46240
317-500-0700
Fax: 317-732-1195
indy2buck@hotmail.com

*Attorneys for Plaintiff*

Rebecca L. Loeffler (Atty. No. 25498-75)
Alan L. McLaughlin
Rebecca L. Loeffler
Littler Mendelson, P.C.
A Professional Corporation
111 Monument Circle, Ste. 702
Indianapolis, IN  46204
317-287-3600
Fax: 317-636-0712
amclaughlin@littler.com
rloeffler@littler.com

*Attorneys for Defendant*