IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN HARVEY,<br><br>        Plaintiff,<br><br>v.<br><br>IKEA US RETAIL LLC,<br><br>        Defendant. | Case No. 1:19-cv-04024-SEB-DLP |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, approves the Stipulation. This matter is hereby dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

3/4/2020
Date

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to: All Counsel via CM/ECF